**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marquis D. ARRINGTON, Defendant—Appellant.**

No. 09–8086.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 28, 2010.

Marquis D. Arrington, Appellant Pro Se. Steven Lawrence Miller, Office of the

United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquis D. Arrington appeals the district court's order denying his second 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Arrington*, No. 3:06–cr–00255–JRS (E.D.Va. Oct. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*